# Court of Appeals, State of Michigan

## ORDER

Jarret T Geering v Elizabeth May King

Docket No.    335794

LC No.    11-008001-DM

Colleen A. O'Brien
Presiding Judge

Joel P. Hoekstra

Mark T. Boonstra
Judges

---

The Court orders that the June 13, 2017 opinion is hereby AMENDED to correct a clerical error. On page 6 of the opinion, the sentence in the last paragraph is amended to read: Accordingly, because the trial court's finding that Geering and King were unfit parents was against the great weight of the evidence, we reverse the circuit court's order granting Robinson's motion for grandparenting time and remand this matter for the entry of an order denying his motion.

In all other respects, the June 13, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 15 2017
_____
Date

_____
Chief Clerk